OPINION — AG — ** FIREFIGHTERS PENSION BOARD — EMPLOYMENT PROHIBITION — AGE ** THE PORTION OF 11 O.S. 49-135 [11-49-135] PROHIBITING A FIRE DEPARTMENT FROM EMPLOYING AN INDIVIDUAL WHO HAS "REACHED THE AGE OF FORTY FIVE(45) YEARS" APPLIES TO AN INDIVIDUAL AS OF THE FORTY-FIFTH ANNIVERSARY OF HIS OR HER BIRTH. (EMPLOYMENT, BIRTHDAY, FIREFIGHTERS PENSION AND RETIREMENT BOARD, EXEMPT) CITE: 11 O.S. 49-135 [11-49-135] (JOHN D. ROTHMAN)